SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
JEANNIE KIM, Cal. Bar No. 270713
GIANNA SEGRETTI, Cal. Bar No. 323645
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
E mail        okatz@sheppardmullin.com
              jekim@sheppardmullin.com
              gsegretti@sheppardmullin.com

[Proposed] Attorneys for
Debtors and Debtors in Possession

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>☐ SIZZLER USA ACQUISITION, INC., a Delaware corporation<br>☐ SIZZLER USA HOLDINGS, INC., a Delaware corporation<br>☐ SIZZLER USA FINANCE, INC., a Delaware corporation.<br>☐ WORLDWIDE RESTAURANT CONCEPTS, INC., a Delaware corporation<br>☐ SIZZLER USA, INC., a Delaware corporation<br>☒ SIZZLER USA FRANCHISE, INC., a Delaware corporation<br>☐ SIZZLER USA REAL PROPERTY, INC., a Delaware corporation<br>☐ SIZZLER USA RESTAURANTS, INC., a Delaware corporation<br>☐ ALL DEBTORS,<br><br>Debtors and Debtors in Possession. | Case No. 20-51401<br><br>Joint Administration Requested with Case Nos. 20-30746, 20-30748, 20-51400, 20-51402, 20-51403, 20-51404, and 20-51405<br><br>Chapter 11 Proceeding<br><br>**NOTICE OF RELATED CASES**<br><br>[No Hearing Requested] |

Pursuant to Rule 1015-1(b) of the Bankruptcy Local Rules (the "BLR") for the United States Bankruptcy Court, Northern District of California, Sizzler USA, Inc. ("SUSA"), the debtor in the above-captioned bankruptcy case, files this "Notice of Related Cases."

The following cases are all currently pending before the United States Bankruptcy Court, Northern District of California, San Jose Division:

1. <u>In re Sizzler USA Real Property, Inc.</u> ("SUSARP"), Case No. 20-30746, assigned to the Honorable M. Elaine Hammond;
2. <u>In re Sizzler USA, Inc.</u> ("SUSA"), Case No. 20-30748;
3. <u>In re Sizzler USA Acquisition, Inc.</u> ("SUSAA"), Case No. 20-51403;
4. <u>In re Sizzler USA Holdings, Inc.</u> ("SUSAH"), Case No. 20-51404;
5. <u>In re Sizzler USA Franchise, Inc.</u> ("SUSAFR"), Case No. 20-51401;
6. <u>In re Sizzler USA Finance, Inc.</u> ("SUSAFI"), Case No. 20-51402;
7. <u>In re Sizzler USA Restaurants, Inc.</u> ("SUSAR"), Case No. 20-51400; and
8. <u>In re Worldwide Restaurant Concepts, Inc.</u> ("WRC"), Case No. 20-51405.

SUSARP, SUSA, SUSAA, SUSAH, SUSAFR, SUSAFI, SUSAR, and WRC (together, the "<u>Debtors</u>") are affiliated entities that operate restaurants throughout California. Due to the economic devastation of the going pandemic emergency, the Debtors commenced the chapter 11 cases listed above on September 21, 2020. Given that all eight of the above-listed cases are related, judicial resources will be conserved if the same judge is assigned to the above-captioned action and the other cases listed herein.

Dated: September 22, 2020

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ Ori Katz
ORI KATZ
JEANNIE KIM
GIANNA SEGRETTI

Proposed Attorneys for Debtor and Debtor in Possession